# Exhibit A

## NOTICE OF RIGHT TO CANCEL

**BORROWERS:** TAMMY L GRINNELL

**DATE:** 3/11/03
**LOAN NUMBER:** 0000842970

**PROPERTY ADDRESS:** 41 LANGDON AVENUE , PAWTUCKET, RHODE ISLAND 02861

### YOUR RIGHT TO CANCEL

You are entering into a transaction that will result in a security interest in your home. You have a legal right under federal law to cancel this transaction, without cost, within three business days from whichever of the following events occurs last:

1. the date of the transaction, which is 3/11/03 ; or
   A. (insert TRANSACTION DATE)
2. the date you received your Truth in Lending disclosures; or
3. the date you received this notice of your right to cancel.

If you cancel the transaction, the security interest is also canceled. Within 20 calendar days after we receive your notice, we must take the steps necessary to reflect the fact that the security interest in your home has been canceled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 calendar days of your offer, you may keep it without further obligation.

I acknowledge receiving two copies of this Notice of Right to Cancel form.

TAMMY L GRINNELL B. Signature Date

Signature Date

Siganture Date

Signature Date

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:

NEW CENTURY MORTGAGE CORPORATION
One Pierce Place Suite 1200W
Itasca, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than midnight of 3/14/03
C. (insert 3 DAY DATE)
(or midnight of the third business day following the latest of the three events listed above). If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

I WISH TO CANCEL ______________________________
(Borrower's signature if exercising right to cancel) D. (CANCEL DATE )

## PLEASE READ BEFORE COMPLETING THIS FORM

**To proceed with this transaction**, enter the following: **(A):** TRANSACTION DATE, which is the date the borrower signs loan documents (consummates this transaction); **(B):** Borrower's signature and SIGNATURE DATE, which is the date borrower signs this document; **(C):** 3 DAY DATE, which is the third business day following the TRANSACTION DATE. If SIGNATURE DATE of last signer is later than the TRANSACTION DATE, contact lender to confirm correct 3 DAY DATE. Do not make any amendments, erasures, strikeouts, whiteouts or alterations to the document without prior written authorization from the Lender. Should an error occur in the completion of this form, contact Lender immediately. Each borrower must be provided 2 completed, signed copies of this form.

**To cancel this transaction:** the borrower signs and enters the Cancellation Date **(D)** in the space following the words "I WISH TO CANCEL". Borrower may also cancel this transaction by mailing or delivering this or any written form of cancellation notice to Lender within 3 business days after signing loan documents.