# Exhibit B

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

October 22, 2004

CERTIFIED MAIL
**Return Receipt Requested**

New Century Mortgage Corporation
One Pierce Place Suite 1200W
Westborough, MA 01581

*RE: Mortgage Transaction with Tammy L. and James T. Grinnell, 41 Langdon Avenue, Pawtucket, Rhode Island 02861, Loan Number: 0000842970, Settlement Date: March 11, 2003.*

Dear Sir/Madam:

I represent Tammy L. and James T. Grinnell who entered into a consumer loan transaction with New Century Mortgage Corporation on March 11, 2003. I have been authorized by my clients to rescind this transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. §§ 1635 and Regulation Z , §§ 226.23.

Mrs. Grinnell retains a current right to rescind for reasons including but not limited to your company's failure to provide her with accurate copies of her Notice of Right to Cancel the transaction. Since Mr. Grinnell was a joint owner of the property at the time of the refinance, he was entitled to receive separate TILA disclosures including, but not limited to, two (2) copies of a completed and accurate notice of right to cancel. Mr. Grinnell did not receive any separate disclosures. Accordingly, the security interest held by New Century Mortgage Corporation on the property located at 41 Langdon Avenue, Pawtucket RI 02861 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,

Christopher M. Lefebvre

*TWO DEXTER STREET, P.O. BOX 479 PAWTUCKET, RI 02862 PHONE: (401) 728-6060 FAX: (401) 728-6534*