**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CA 06 - 109 T

**TAMMY L. GRINNELL AND**
**JAMES T. GRINNELL,**
**Plaintiffs,**

**v.**

**NEW CENTURY MORTGAGE**
**CORPORATION,**

**Defendant,**

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel on behalf of New Century Mortgage Corporation

Respectfully submitted,
**NEW CENTURY MORTGAGE**
**CORPORATION**
By its attorneys,

David M. Rosen
BBO #6609
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

April 4, 2006