UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TAMMY AND JAMES GRINNELL | : | |
| | : | |
| v. | : | C.A. No. 06-109T |
| | : | |
| NEW CENTURY MORTGAGE CO. | : | |

**ORDER TO SHOW CAUSE**

A settlement conference was scheduled in this case for January 24, 2007. On January 17, 2007, I was notified that the parties had reached a settlement and that a dismissal stipulation would be filed within forty-five (45) days. Thus, the settlement conference was cancelled.

Over sixty (60) days have passed since this case was reported settled, and a dismissal stipulation has not yet been filed. Discovery closed on February 28, 2007, and the deadline for filing pretrial motions has expired. Thus, this case is technically trial ready. Accordingly, the parties to this case, along with counsel, are hereby ordered to appear before me in **Courtroom A, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island** on **April 25, 2007 at 9:30 a.m.** to show cause as to why I should not recommend to Senior Judge Torres either (1) that he dismiss this case due to the reported settlement; or (2) that he place the case on his May 2007 trial calendar.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 23, 2007