**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO: 06 109t**

**TAMMY L. GRINNELL**
**JAMES T. GRINNELL**

**Plaintiffs,**

**v.**

**NEW CENTURY MORTGAGE CORPORATION,**

**Defendant.**

## SUGGESTION OF BANKRUPTCY

On April 2, 2007, New Century filed for protection under Chapter 11 in U.S. Bankruptcy Court for the District of Delaware, Docket No. 07-10419-KJC.

**NEW CENTURY MORTGAGE CORPORATION,**
By its Attorney,

_______/s/ David M. Rosen_____________
David M. Rosen, Esquire
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

April 10, 2007

**CERTIFICATE OF SERVICE**

I, David M. Rosen, hereby certify that I served true copies of the Suggestion of Bankruptcy for Defendant, New Century Mortgage Corporation using the CM/ECF system, on April 10, 2007 to the following:

Christopher Lefebvre, Esq.
2 Dexter Street, P.O. Box 479
Pawtucket RI 02862

______/s/ David M. Rosen____________
David M. Rosen, Esq.