**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CIVIL ACTION NO: 06 109t**

**TAMMY L. GRINNELL**
**JAMES T. GRINNELL**

**Plaintiffs,**

**v.**

**NEW CENTURY MORTGAGE CORPORATION,**

**Defendant.**

**<u>DEFENDANT'S, NEW CENTURY MORTGAGE CORPORATION, RESPONSE TO ORDER TO SHOW CAUSE</u>**

Now comes New Century and responds to the Order to Show Cause as follows:

The case was properly reported as settled to the Court. The parties then prepared and circulated a settlement agreement and loan modification agreement to effectuate the terms of the settlement. However, New Century Mortgage Corporation filed for bankruptcy protection before the settlement documents were finalized and signed. Filed contemporaneously herewith is a suggestion of bankruptcy.

**NEW CENTURY MORTGAGE CORPORATION,**
By its Attorney,

______/s/ David M. Rosen____________

David M. Rosen, Esquire
BBO#: 552866
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

April 10, 2007

**CERTIFICATE OF SERVICE**

I, David M. Rosen, hereby certify that I served true copies of the Response to Order to Show Cause for Defendant, New Century Mortgage Corporation using the CM/ECF system, on April 10, 2007 to the following:

Christopher Lefebvre, Esq.
2 Dexter Street, P.O. Box 479
Pawtucket RI 02862

______/s/ David M. Rosen____________
David M. Rosen, Esq.